UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LOUISE M. McCARTHY,                      )<br>                                                            )<br>        Plaintiff,                                 )<br>                                                            )<br>        v.                                               )<br>                                                            )<br>THE COMMERCE GROUP, INC.        )<br>and MAPFRE, S.A.                             )<br>                                                            )<br>        Defendants.                             )<br>                                                            ) | Civil Action No. 09-10161-PBS |

**PLAINTIFF'S MOTION TO AMEND ORDER**
**(WITHOUT OPPOSITION)**

The plaintiff Louise M. McCarthy moves pursuant to Rule 54(b) of the Federal Rules of Civil Procedure that this Court amend its order of August 25, 2011 to conform to the portions of the Magistrate Judge's Report and Recommendation that the Court adopted in all respects. In particular:

1.      In determining that ERISA pre-empted Ms. McCarthy's state law claims, the Court's August 25th Order provided that summary judgment enter for CGI on all but Count V of Ms. McCarthy's Complaint. In so doing, the Court inadvertently overlooked the Magistrate Judge's conclusion with respect to the ERISA claim stated in Count II of Ms. McCarthy's Complaint, which claim remains viable even if all of Ms. McCarthy's state law claims are preempted. *See,* Report and Recommendation on Cross-Motions of Plaintiff and CGI for Summary Judgment, page 37, n. 19.[1]

---

[1]      In note 19, the Magistrate Judge made clear that, "[u]nder the civil enforcement provision of ERISA, a plan participant or beneficiary may sue to recover benefits due under the plan, to enforce the participant's rights under the plan, or to clarify rights to future benefits. 29 U.S.C. §

1

2.	As the Magistrate Judge noted, the enforcement provisions of ERISA provide for the right to seek a judicial declaration of the rights and obligations of the parties. 29 U.S.C. § 1132(a)(1)(B). Count II of Ms. McCarthy's Complaint seeks declaratory relief as to her rights and obligations under her Employment Agreement and Incentive Award Agreements under both state law and under ERISA. *See* Complaint ¶¶ 75-76. The Magistrate Judge's Report and Recommendation concluded that, insofar as Count II sought declaratory relief under ERISA as to The Commerce Group, Inc., Ms. McCarthy was entitled to proceed on that claim.

3.	The Magistrate Judge's conclusions as to Count II are not affected by the Court's determination that the Incentive Award Agreements are governed by ERISA. Indeed, the Magistrate Judge's conclusions as to Count II are consistent with the Court's conclusion that Ms. McCarthy's claims against The Commerce Group, Inc. are preempted by ERISA.

4.	Accordingly, in order to preserve her ERISA claim for declaratory relief against The Commerce Group, Inc. under the Employment Agreement and Incentive Award Agreements, Ms. McCarthy, requests that the Court revise its Order of August 25, 2011 to reflect that the case may proceed against The Commerce Group, Inc. not only as to Count V, but as to Count II insofar as that Count seeks declaratory relief against The Commerce Group, Inc. under ERISA.

5.	The defendants have indicated that they do not oppose this Motion.

---

1132(a). Relief may take the form of accrued benefits due, a declaratory judgment on entitlement to benefits, or an injunction against a plan administrator's improper refusal to pay benefits." *Oullette v. Trs. Of Plumbers & Pipefitters Local 4 Pension Fund*, 150 F. Supp. 2d 322, 324 (D. Mass. 2001).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | LOUISE M. McCARTHY, |
|  | By her attorneys, |
|  | /s/ Anne L. Josephson<br>Anne L. Josephson, BBO#265640<br>Michelle A. Moor, BBO#670992<br>Kotin, Crabtree & Strong, LLP<br>One Bowdoin Square<br>Boston, MA 02114 |
| Dated:  September 1, 2011 | Tel: (617) 227-7031<br>ajosephson@kcslegal.com<br>mmoor@kcslegal.com |

**Certificate of Service**

I hereby certify that a true copy of the foregoing was served upon the following attorneys of record by hand under seal on September 1, 2011:

    John D. Hanify, Esq., Michael T. Marcucci, Esq., Karen A. Whitley, Esq.
    Jones Day
    100 High Street
    Boston, MA  02110

                                              /s/ Anne L. Josephson
                                            Anne L. Josephson