# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Louise M. McCarthy,<br><br>        Plaintiff,<br><br>    v.<br><br>The Commerce Group, Inc.<br>and MAPFRE, S.A.,<br><br>        Defendants. | Civil Action<br>No. 09-10161-PBS<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT MAPFRE, S.A.'S MOTION
### TO DISMISS PLAINTIFF'S AMENDED COMPLAINT (DOCKET NO. 159)

Defendant MAPFRE, S.A. ("MAPFRE") hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) for an order of dismissal on the grounds that Count VI of Plaintiff's Amended Complaint (Docket No. 159) (the "Amended Complaint") fails to state a claim upon which relief can be granted. The grounds for this motion are set forth in MAPFRE's memorandum of law, submitted herewith.[1]

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), MAPFRE respectfully requests a hearing on this motion.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I certify that on September 19, 2011, I conferred with counsel for Plaintiff concerning the relief requested in this motion. Plaintiff does not assent.

/s/ Michael T. Marcucci<br>
Michael T. Marcucci

---

[1] On August 25, 2011, the Court granted summary judgment to MAPFRE on Counts I through V of Plaintiff's initial complaint, which are identical to Counts I through V of the Amended Complaint. (Memorandum and Order dated Aug. 25, 2011 (Docket No. 158).) Accordingly, Count VI of the Amended Complaint is the only claim remaining against MAPFRE in this lawsuit.

BOI-7452v1

        Respectfully submitted,

        MAPFRE, S.A.

        By its attorneys,

        /s/ Michael T. Marcucci
        John D. Hanify  (BBO# 219880)
        Karen A. Whitley  (BBO# 564742)
        Michael T. Marcucci  (BBO# 652186)
        JONES DAY
        100 High Street
        Boston, MA  02110-1781
        Telephone:  (617) 960-3939
        Facsimile:  (617) 449-6999

        mmarcucci@jonesday.com

Dated:  September 19, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 19, 2011.

        /s/ Michael T. Marcucci
        Michael T. Marcucci

Dated:  September 19, 2011

BOI-7452v1